MRS. MAMIE WAGNER ET AL. V. TEXAS & NEW ORLEANS RAILWAY
COMPANY.

Application No. 13550.   Decided February 18, 1925.

T. H. MIMS AND WIFE V. J. C. HUNKEN ET AL.

Application No. 13657.   Decided February 18, 1925.

INTERNATIONAL TRAVELERS ASSOCIATION V. ELISE S. GRIFFING.

Application No. 13713.   Decided February 18, 1925.